**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 12-01935 VAP (OPx)                             Date: January 16, 2013

Title:     MIKA ALARCON NEWSOM, et al. -v- BANK OF AMERICA, et al.
===============================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                  None Present
    Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                  DEFENDANTS:

    None                                                                 None

PROCEEDINGS:     MINUTE ORDER: (1) GRANTING MOTION TO DISMISS (DOC. NO. 7) WITHOUT PREJUDICE; (2) VACATING FEBRUARY 4, 2013 HEARING (IN CHAMBERS)

    The Court has received and considered all papers filed in support of the Motion to Dismiss filed by Defendant(s) Bank of America, N.A., erroneously sued as Bank of America; and BAC Home Loan Services, LP, erroneously sued as BAC Home Loan Services.  Defendants' Motion is appropriate for resolution without a hearing.  <u>See</u> Fed. R. Civ. P. 78; L.R. 7-15.

    Defendants filed their Motion on December 19, 2012, to be heard on February 4, 2013.  Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion.  Plaintiffs Mika Alarcon Newsom and Bradley Newsom are represented by counsel.  Plaintiffs filed no timely opposition.  Under Local Rule 7-12, the Court finds Plaintiffs have consented to granting the Motion.  Plaintiffs' claims are dismissed without prejudice.

**IT IS SO ORDERED.**