JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA ALARCON NEWSOM AND BRADLEY NEWSOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, A DELAWARE CORPORATION; BAC HOME LOAN SERVICES, AN UNKNOWN ENTITY, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 12-01935 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>January 16, 2013</u>　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge